385 A.2d 974

**COMMONWEALTH of Pennsylvania**

v.

**Gregory HANIBLE, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued April 17, 1978.

Decided May 15, 1978.

Albert Ominsky, Drew S. Dorfman, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Nancy D. Wasser, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgments of Sentence affirmed.